# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00655-CV

### In re Siren-BookStrand, Inc.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Siren-BookStrand, Inc. has filed a petition for writ of mandamus challenging the trial court's order compelling its entire dispute with real party in interest Barbara J. Miller to arbitration. *See* Tex. R. App. P. 52.8. Having reviewed relator's filings, the response, and the record provided, we deny relator's petition for mandamus relief. *See id.* R. 52.8(a).

_____
Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed:   November 17, 2015